No. 830. Banco di Roma v. Philippine National Bank.  Error to the Supreme Court of the State of New York.  Motion to dismiss or affirm submitted March 2, 1925.  Decided May 25, 1925.  *Per Curiam.*  Dismissed for want of jurisdiction on authorities cited.  *Mr. John T.*

*Loughran* for defendant in error in support of the motion. *Mr. Carroll G. Walter* for plaintiff in error in opposition to the motion.

